UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITE HERE RETIREMENT FUND and TRUSTEES OF THE UNITE HERE RETIREMENT FUND,

                Plaintiffs,

- against -

KHANNA ENTERPRISES LTD. d/b/a FOUR POINTS BY SHERATON SAN JOSE,

                Defendant.

**ORDER**

25-CV-06274 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Plaintiffs initiated this action by filing a complaint on July 30, 2025, against Khanna Enterprises Ltd. d/b/a Four Points By Sheraton San Jose ("Defendant"). (Doc. 1). Defendant was served on August 4, 2025. (Doc. 7). The docket reflects that Defendant has not responded to the complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer: . . . within 21 days after being served with the summons and complaint[.]"). There has been no activity on the docket since Plaintiffs filed an affirmation of service. (Doc. 7).

Accordingly, by September 12, 2025 Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                              **SO ORDERED.**

Dated: White Plains, New York
       August 29, 2025

                              _____
                              PHILIP M. HALPERN
                              United States District Judge